No. 1727. ORTIZ ET AL., APPELLANTS, *v.* ZAVALA ET AL., APPELLEES. — Filiation.   Arecibo.   December 24, 1917.   *Dismissed.*

No. 1770. PÉREZ, APPELLANT, *v.* PÉREZ ET AL., APPELLEES.— Ownership.   Mayagüez.   December 24, 1917.   *Dismissed.*

· No. 1724. HERNÁNDEZ, APPELLEE, *v.* KÖRBER ET AL., APPELLANTS.—Dominion title.   Humacao.   January 14, 1918.   *Appeal withdrawn.*

No. 1781. RAMOS & SUÁREZ, APPELLANTS, *v.* GONZÁLEZ, APPELLEE.—Debt.   Mayagüez.   January 15, 1918.   *Dismissed.*

No. 214. MARTÍNEZ, PETITIONER, *v.* CROSAS, DISTRICT JUDGE, RESPONDENT. — Certiorari.   Aguadilla.   January 17, 1918. *Petition denied.*

No. 1730. ALMODÓVAR ET AL., APPELLEES, *v.* JUNCOS CENTRAL COMPANY ET AL., APPELLANTS.—Ejectment.   Humacao.   January 18, 1918.   *Appeal withdrawn.*

· No. 1647. MONTALVO, APPELLEE, *v.* MONTALVO ET AL., APPELLANTS. — Filiation.   Mayagüez.   January 19, 1918.   *Reconsideration denied.*

No. 1226. PEOPLE, APPELLEE, *v.* ROSADO, APPELLANT.—Assault and battery.   Mayagüez.   January 21, 1918.   *Affirmed.*

No. 213. MUÑOZ, PETITIONER, *v.* SEPÚLVEDA, DISTRICT JUDGE, RESPONDENT.—Certiorari.   Ponce.   January 29, 1918.   *Petition denied.*